# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BETTY WALTON, and SHELLY GRIFFIN, individually and on behalf of others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. 3:05-CV-1334-K |
| AGAPE MANOR HOMES, INC., and THOMAS A. THOMAS, | § § § § | |

## AGREED ORDER OF DISMISSAL

CAME BEFORE the Court Betty Walton and Shelly Griffin, Plaintiffs, Individually and on behalf of the Opt-In Plaintiffs, and Defendants Agape Manor Homes, Inc., and Thomas A. Thomas, Defendants (collectively the "Parties) and filed a Joint Motion to Dismiss. The Court having considered the motion has found it to have merit; therefore, the Court GRANTS the Parties' Joint Motion to Dismiss.

It is therefore ORDERED, ADJUDGED AND DECREED that the claims raised in this lawsuit by the Plaintiffs, and the Opt-In Plaintiffs, are DISMISSED WITH PREJUDICE with fees and costs to be borne by the party incurring them.

This Order is final and disposes of all parties and all issues.

SIGNED THIS  DAY OF September, 2006.

ED KINKEADE
UNITED STATES DISTRICT JUDGE

AGREED:


//S// Jeremi K. Young
**Jeremi K. Young**
State Bar No. 24013793

**The Young Law Firm, P.C.**
112 W. 8th Ave, Suite 900-D
Amarillo, Texas 79101
Phone   806-331-1800
Fax     806-398-9095

**ATTORNEY FOR PLAINTIFFS**



//S// Theresa M. Gegen
**Theresa M. Gegen**
Texas State Bar No. 00793791
**Raymond D. Martinez**
Texas State Bar No. 24002537

**FORD & HARRISON LLP**
1601 Elm Street, Suite 4450
Dallas, Texas  75201
Telephone:    (214) 256-4700
Facsimile:    (214) 256-4701

**ATTORNEYS FOR DEFENDANTS**